# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ARMANDO (NMN) DIAZ, | ) | Case No. 08-41849 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NANCY J. GARGULA, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No.09-4018 |
| | ) | |
| ARMANDO (NMN) DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:   Armando (nmn) Diaz
      c/o L. Clay Barton
      1117 S. Broadway Street
      P. O. Box 110
      Oak Grove, MO 64075

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 7030, Plaintiff will take the deposition upon oral examination of Defendant **Armando (NMN) Diaz**, before an officer authorized to administer oaths, on **Wednesday, June 22, 2011 at 9:00 a.m.** at the **United States Courthouse, 400 East 9th Street, 9th Floor Conference Room, Kansas City, Missouri, 64106.**  Said deposition will be recorded by electronic or stenographic means and will continue until it is adjourned.  This examination will be subject to further continuance from time to time and place to place until completed.

>                        Respectfully submitted,
>
>                        NANCY J. GARGULA
>                        UNITED STATES TRUSTEE
>
>
> BY:      */s/ Jerry L. Phillips*
>          Jerry L. Phillips,   #32799
>          Office of the United States Trustee
>          Charles Evans Whittaker Courthouse
>          400 East 9th Street, Room 3440
>          Kansas City, MO 64106
>          Tel:   (816) 512-1940
>          Fax:   (816) 512-1967
>          jerry.l.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this 6th day of June 2011, by United States Mail, postage prepaid, upon those parties who have requested notice but who do not receive notice via the Electronic Court Filing system.

>                    */s/ Jerry L. Phillips*