# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ARMANDO (NMN) DIAZ, | ) | Case No. 08-41849 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NANCY J. GARGULA, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No.09-4018 |
| | ) | |
| ARMANDO (NMN) DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED**
**NOTICE OF DEPOSITION**

TO:   Armando (nmn) Diaz
      c/o L. Clay Barton
      1117 S. Broadway Street
      P. O. Box 110
      Oak Grove, MO 64075

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 7030, Plaintiff will take the deposition upon oral examination of Defendant **Armando (NMN) Diaz**, before an officer authorized to administer oaths, on **Wednesday, July 20, 2011 at 9:00 a.m.** at the **United States Courthouse, 400 East 9th Street, 9th Floor Conference Room, Kansas City, Missouri, 64106.**  Said deposition will be recorded by electronic or stenographic means and will continue until it is adjourned.  This examination will be subject to further continuance from time to time and place to place until completed.

Dated:  June 15, 2011

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

BY:     */s/ Jerry L. Phillips*
Jerry L. Phillips,    #32799
Office of the United States Trustee
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 3440
Kansas City, MO 64106
Tel:    (816) 512-1940
Fax:    (816) 512-1967
jerry.l.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this 6th day of June 2011, by United States Mail, postage prepaid, upon those parties who have requested notice but who do not receive notice via the Electronic Court Filing system.

*/s/ Jerry L. Phillips*